UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL MANN, ON HIS OWN BEHALF
AND OTHERS SIMILARLY SITUATED,

Plaintiffs,

-vs-   Case No. 6:06-cv-1217-Orl-28JGG

LEOR CONSTRUCTION, LLC, ,

Defendant.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 28) filed June 20, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 29, 2007 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement (Doc. No. 28) is **GRANTED in part** and **DENIED in part.** The Settlement Agreement is approved. The request to dismiss "any and all other pending claims between the [p]arties with prejudice" is **DENIED.**

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22 day of July, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party